IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02640-RMR-RTG

Edward Raifsnider,

    Plaintiff.

v.

Helmerich & Payne International Drilling Co.,

    Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

    Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Edward Raifsnider, and the defendant, Helmerich & Payne International Drilling Co., through their undersigned attorneys, stipulate to dismissal of this action, with prejudice, with each party to pay their own costs and attorney fees. The parties request the Court enter an order of Dismissal.

**RESPECTFULLY** submitted this 22nd day of October 2025.

| | |
|---|---|
| **VERITAS LAW** | **Baker & McKenzie LLP** |
| */s/ Keller A. Caubarreaux, Esq.* | */s/ Alexander D. Burch* |
| Keller A. Caubarreaux, No. 40612 | Alexander David Burch, Esq. |
| Joseph H. Azbell, No. 44586 | 800 Capitol Street, Suite 2100 |
| Veritas Law | Houston, TX 77002 |
| 114 N. Spruce Street, Suite 100 | Telephone: (713) 427-5038 |
| Grand Junction, CO 81501 | Email: alexander.burch@bakermckenzie.com |
| Telephone: (970) 241-9370 | |
| E-mail: keller@veritasattorneys.com | |
| Joseph@veritasattorneys.com | |
| *Attorneys for Plaintiff* | |

2

# CERTIFICATE OF SERVICE

      I hereby certify that, pursuant to C.R.C.P. 5, on this 22nd day of October 2025, a true and correct copy of the foregoing **Stipulation for Dismissal with Prejudice** was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following recipients:

Clerk of Court
Honorable Judge Regina M. Rodriguez
United States District Court - Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street, Room A105
Denver, CO 80294

Jordan L. Lipp, Esq.
Childs Mccune, LLC
821 17th Street, Suite 500
Denver, CO 80202
jlipp@childsmccune.com

Alexander D. Burch, Esq.
Baker & McKenzie, LLP
800 Capitol Street, Suite 2100
Houston, Texas 77002
alexander.burch@bakermckenzie.com

                                                                                 **VERITAS LAW**

                                                                                 */s/ Cassidy Jennings*
                                                                                 Cassidy Jennings, Paralegal