# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Regina M. Rodriguez

Civil Action No. 1:23-cv-02640-RMR-RTG

EDWARD RAIFSNIDER,

    Plaintiff,

v.

HELMERICH & PAYNE INTERNATIONAL DRILLING CO.,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: October 22, 2025.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge